IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00092-RPM

REGIONAL TRANSPORTATION DISTRICT and
LEXINGTON INSURANCE COMPANY,

      Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY and
BURLINGTON NORTHERN SANTA FE,

      Defendants.

_____

ORDER FOR DISMISSAL WITHOUT PREJUDICE
_____

      Pursuant to Plaintiffs' Motion to Dismiss without Prejudice [4] filed March 4, 2011, it is

      ORDERED that this action is dismissed without prejudice.

      DATED:    March 8th, 2011

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge